IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUSSELL HOWARD DINGMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv1058-WKW |
| ) | (WO) |
| WILLIAM BOSTICK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 27, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motions for summary judgment are GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff.

Done this 6th day of April, 2006.

         /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE